FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAE CHEOL CHO,                          )   Case No. CV 08-6077 JFW (AN)
                                        )
              Petitioner,               )   JUDGMENT
                                        )
      v.                                )
                                        )
KEN CLARK, Warden,                      )
                                        )
              Respondent.               )
_____ )

      IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without

prejudice for the reasons stated in the related Memorandum and Order.


DATED:  September  23, 2008            /s/   JOHN F. WALTER
                                       JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY